IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00182-ZLW

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

BOP,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 10 2008

GREGORY C. LANGHAM
    CLERK

## ORDER DENYING MOTION TO RECONSIDER

At issue in the instant action is the "Motion to Amend Judgment F.R.Civ.P. # 59(e)," filed by Plaintiff Timothy Doyle Young, a *pro se* litigant, on March 13, 2008. Plaintiff is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. The instant action originally was filed in the United States District Court for the District of Columbia (District of Columbia). On November 15, 2007, the District of Columbia ordered the instant action transferred to this Court pursuant to 28 U.S.C. § 1406(a). The action subsequently was transferred to this Court on January 29, 2008.

The Court must construe the March 13, 2008, Motion liberally because Mr. Young is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Young filed the Motion within ten days after the Judgment was entered in the instant action. The Court, therefore, will review the Motion to Amend Judgment pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

The Court further notes that Mr. Young also filed an inquiry on March 11, 2008, in the instant action. In the inquiry, Plaintiff asks for a copy of the complaint that he originally filed with the District of Columbia. He further claims in the inquiry that he believes the District of Columbia transferred the wrong action to this Court, and because this Court dismissed the action as frivolous the matter needs to be "cleared up."

In the March 3, 2008, Order of Dismissal, the Court dismissed the action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Court found Plaintiff's claims to be repetitious of the claims that he raised in **Young v. Wiley**, No. 07-cv-02240-BNB (D. Colo. Submitted Oct. 24, 2007). Mr. Young's attempt to assert that the instant action should not have been dismissed by this Court pursuant to § 1915(e)(2)(B)(i) is without merit. Upon review of the District of Columbia's Docket, in **Young v. BOP**, No. 07-cv-01759-UNA (Dist. D.C. Nov. 15, 2007), and the copy of the Petition that was transferred to this Court and was entered in the instant action, the Court finds that without doubt

the District of Columbia transferred to this Court the Petition that it intended to transfer to this Court.

Upon consideration of the entire file, the Court finds and concludes that Mr. Young fails to demonstrate some reason why the Court should reconsider and vacate its decision to dismiss this action. The Petition is repetitive of the claims that Mr. Young filed in Case No. 07-cv-02240-BNB and properly was dismissed pursuant to § 1915(e)(2)(B)(i). The Motion to Amend Judgment will be denied. Accordingly, it is

ORDERED that the Motion to Amend Judgment, (Doc. No. 10), filed March 13, 2008, pursuant to Fed. R. Civ. P. 59(e), is denied. It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff a copy of the Petition for Mandamus (Doc. No. 1, Part 2).

DATED at Denver, Colorado, this 9 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00182-BNB

Timothy Doyle Young
Reg. No. 60012-001
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and a copy of the Petition for Mandamus** to the above-named individuals on 4-10-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk